BOARD OF EDUCATION OF THE TOWN OF EAST HARTFORD *v.* LOCAL 1933 OF COUNCIL 4, AFSCME, AFL-CIO
(13330)

FOTI, LANDAU and SPEAR, Js.

Argued February 16—decision released March 21, 1995

*J. William Gagne, Jr.,* with whom, on the brief, was *Harry B. Elliott, Jr.,* for the appellant (defendant).

*Richard A. Mills,* with whom, on the brief, were *Linda L. Yoder* and *Sheila A. Huddleston,* for the appellee (plaintiff).

PER CURIAM. The defendant relied on only one claim at oral argument. That claim was not asserted before

the arbitrators or the Superior Court, nor was it raised in the defendant's brief or reply brief. We decline to consider this argument.

The judgment is affirmed.